IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAUN C. KENNEDY and
COURTNEY R. PEREZ,

    Plaintiffs,

vs.                                                         Civ. No. 23-992 KG/JHR

THE BOARD OF COUNTY COMMISSIONERS
OF SANTA FE COUNTY, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction, (Doc. 4), filed November 13, 2023. Defendants' Response to Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 15) was filed on November 15, 2023; and Plaintiffs' Reply Response to Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 17) was filed on November 16, 2023. On November 16, 2023, the Court held a hearing on the application for temporary restraining order. Plaintiffs appeared along with their attorney, John Anderson, and Defendants were represented by David Roman and Brandon Huss. After hearing the evidence and considering oral and written arguments of counsel, the Court finds and concludes for the reasons stated on the record that it lacks jurisdiction. The Court will dismiss the Complaint without prejudice for lack of subject-matter jurisdiction. Without jurisdiction, the Court is incapable to reach a disposition on the merits of the Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 4).

IT IS, THEREFORE, ORDERED that his case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE