IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAUN C. KENNEDY and
COURTNEY R. PEREZ,

    Plaintiffs,

vs.                                    Case No. 23-CV-992-KG-JHR

THE BOARD OF COUNTY COMMISSIONERS
OF SANTA FE COUNTY,

    Defendant.

## SUMMARY ORDER AND NOTICE OF HEARING

This matter is before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 21). Having considered the Motion, the Defendant taking no position on the Motion, and for reasons stated on the record at the status conference held today, the Court grants Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. 21).

Also, before the Court is Plaintiffs' Second Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 22). As discussed at the the status conference held today, a hearing on Plaintiffs' Second Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 22), is scheduled on **Tuesday, December 12, 2023, at 10:00 AM** at the United States District Courthouse, 106 S. Federal Place, Santa Fe, New Mexico. Defendant shall file its response, if any, to Plaintiffs' Second Application for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 22) no later than December 5, 2023.

IT IS SO ORDERED.

                                                          UNITED STATES DISTRICT JUDGE